UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:16-cv-01012 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED JULY 18, 2016 AND TERMINATING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>ORDER DIRECTING THE CLERK TO ISSUE THE SUMMONS AND NEW CASE DOCUMENTS |

On July 18, 2016, the Court ordered Plaintiff to show cause why his motion to proceed in forma pauperis should not be denied, given his reported income and expenses. (Doc. 5) In response, on July 29, 2016, Plaintiff paid the filing fee. Accordingly, **IT IS HEREBY ORDERED**:

1. The Order to Show Cause dated July 18, 2016 (Doc. 5) is **DISCHARGED**;

2. Plaintiff's motion to proceed in forma pauperis (Doc. 2) is terminated as **MOOT**; and

3. The Clerk of Court is directed to issue the Summons and new case documents.

IT IS SO ORDERED.

Dated:   **August 4, 2016**          **/s/ Jennifer L. Thurston**
                                     UNITED STATES MAGISTRATE JUDGE