UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE WILSON,<br><br>            Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL[1],<br>Acting Commissioner of Social Security,<br><br>            Defendant. | Case No.: 1:16-cv-01012- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 18) |

On March 15, 2017, the parties filed a stipulation for an extension of time for Plaintiff to file his opening brief. (Doc. 18)  Notably, the Scheduling Order permits a single extension by the stipulation of parties (Doc. 9 at 4), and this is the first extension requested by either party.  Accordingly, the Court **ORDERS**:

   1.   Plaintiff's request for an extension of time is **GRANTED**; and

   2.   Plaintiff **SHALL** file his opening brief no later than **April 22, 2017**.


IT IS SO ORDERED.

   Dated:   **March 19, 2017**             **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.