# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE WILSON, | Case No.: 1:16-cv-01012- JLT |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST FOR A SECOND EXTENSION OF TIME |
| v. | (Doc. 20) |
| Commissioner of Social Security, | |
| Defendant. | |

On April 20, the parties filed a stipulation for an extension of time for Plaintiff to file an opening brief. (Doc. 20) The Scheduling Order allows for a single extension of thirty days by the stipulation of the parties (Doc. 9 at 4), which was previously used by Plaintiff for filing his brief. (Docs. 15, 19)

Beyond the single extension by stipulation, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 9 at 4) Accordingly, the Court construes the stipulation of the parties to be a motion to amend the Scheduling Order. Plaintiff's counsel, Jacqueline Forslund, previously requested the extension of time because she had "a large number of Briefs (sic) due during [the same] week." (Doc. 18 at 1) Ms. Forslund now seeks a further extension of time because she "has multiple briefs due on the same day." (Doc. 20 at 1)

Notably, it appears Plaintiff's counsel was well aware of the number of briefs she would be required to complete within thirty days when she previously requested an extension of time.

1

Nevertheless, the Court notes that Defendant does not oppose the request for a further extension of time for the filing of the opening brief. (*See* Doc. 20 at 2) Accordingly, the Court **ORDERS**

    1.    Plaintiff's request for a further extension of time is **GRANTED**; and

    2.    Plaintiff **SHALL** file an opening brief no later than **May 24, 2017**.

IT IS SO ORDERED.

Dated: **April 24, 2017**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE